**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 22 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  NABILSI YUNES ABUD, | No. 15-60064 |
| Debtor. | BAP No. 14-1444 |
| ——————————————— | |
| RAM SAXENA, | MEMORANDUM* |
| Appellant, | |
| v. | |
| NABILSI YUNES ABUD, | |
| Appellee. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Kurtz, Perris, and Taylor, Bankruptcy Judges, Presiding

Submitted February 14, 2017**

Before:    GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

Ram Saxena appeals pro se from the Bankruptcy Appellate Panel's ("BAP")

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

judgment affirming the bankruptcy court's order denying relief from its judgment dismissing Saxena's adversary proceeding as untimely. We have jurisdiction under 28 U.S.C. § 158(d). We review BAP decisions de novo and apply the same standard of review that the BAP applied to the bankruptcy court's ruling. *Boyajian v. New Falls Corp. (In re Boyajian)*, 564 F.3d 1088, 1090 (9th Cir. 2009). We affirm.

The bankruptcy court did not abuse its discretion by denying Saxena's motion for relief from judgment under Fed. R. Civ. P. 60(b) because Saxena failed to demonstrate any basis for relief. *See* Fed. R. Bankr. P. 9024 (making Fed. R. Civ. P. 60 applicable to bankruptcy cases); *see also, e.g.*, *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 394-97 (1993) (discussing requirements for excusable neglect under Fed. R. Civ. P. 60(b)(1)); *Zurich Am. Ins. Co. v. Int'l Fibercom, Inc. (In re Int'l Fibercom, Inc.)*, 503 F.3d 933, 940-41 (9th Cir. 2007) (discussing requirements for application of "catch-all provision" of Fed. R. Civ. P. 60(b)(6)).

**AFFIRMED.**